| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Robert Nunez | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/27/2023    Robert Nunez    _____
                    Printed name of Debtor 1    Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                         Printed name of Debtor 2    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    F 1002-1.EMP.INCOME.DEC

# Earnings Statement 

FN LOGISTICS LLC
2801 E. 46TH ST
VERNON, CA 90058

Period Beginning: 09/24/2023
Period Ending: 10/07/2023
Pay Date: 10/13/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

ROBERT NUNEZ
2045 CHESSON STREET
DUARTE CA 91010

Social Security Number: XXX-XX-9629

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.5000 | 4.00 | 62.00 | 908.78 |
| Flex WKD | | | | 730.31 |
| Flex WKD 2 | | | | 224.96 |
| Flx WKD 2 OT | | | | 166.73 |
| FLX WKD OT | | | | 119.55 |
| SEA FLX WD1 | | | | 259.18 |
| SEA FLX 1OT | | | | 69.83 |
| Wkend 1 | | | | 1,004.33 |
| Wkend 2 | | | | 379.98 |
| WKDOT | | | | 8.37 |
| WNDOT | | | | 49.09 |
| **Gross Pay** | | | **$62.00** | 3,921.11 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -3.85 | 243.11 |
| | Medicare Tax | -0.91 | 56.86 |
| | CA SDI Tax | -0.55 | 35.29 |
| | Federal Income Tax | | 147.62 |
| | CA State Income Tax | | 40.81 |
| **Net Pay** | | | **$56.69** |
| **Net Check** | | | **$56.69** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | | 6.21 |
| Totl Hrs Worked | | 4.00 |

**Important Notes**
COMPANY PH#:+1 213 625 5900

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
CA: Single
Exemptions/Allowances:
CA: 0

Your federal taxable wages this period are $62.00

© 2000 ADP, Inc.

---

FN LOGISTICS LLC
2801 E. 46TH ST
VERNON, CA 90058

K2Z   90-477/1222
**Payroll check number:** 0018982641
Pay date: 10/13/2023

Pay to the order of: **ROBERT NUNEZ**

This amount: **FIFTY SIX AND 69/100 DOLLARS**   $56.69

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
5401 California Ave
Bakersfield, CA 93309



THIS IS NOT A CHECK

# Earnings Statement

**ADP**

FN LOGISTICS   LLC
2801 E. 46TH ST
VERNON, CA 90058

| | |
|---|---|
| Period Beginning: | 10/08/2023 |
| Period Ending: | 10/21/2023 |
| Pay Date: | 10/27/2023 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

**ROBERT NUNEZ**
**2045 CHESSON STREET**
**DUARTE CA 91010**

Social Security Number: XXX-XX-9629

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Flex WKD | 16.5000 | 3.63 | 59.90 | 790.21 |
| SEA FLX WD1 | 17.5000 | 3.33 | 58.28 | 317.46 |
| Regular | | | | 908.78 |
| Flex WKD 2 | | | | 224.96 |
| Flx WKD 2 OT | | | | 166.73 |
| FLX WKD OT | | | | 119.55 |
| SEA FLX 1OT | | | | 69.83 |
| Wkend 1 | | | | 1,004.33 |
| Wkend 2 | | | | 379.98 |
| WKDOT | | | | 8.37 |
| WNDOT | | | | 49.09 |
| **Gross Pay** | | | **$118.18** | 4,039.29 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -7.33 | 250.44 |
| | Medicare Tax | -1.71 | 58.57 |
| | CA SDI Tax | -1.06 | 36.35 |
| | Federal Income Tax | | 147.62 |
| | CA State Income Tax | | 40.81 |
| **Net Pay** | | **$108.08** | |
| DailyPay DirDep | | -108.08 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 6.96 | |

**Important Notes**
COMPANY PH#:+1 213 625 5900

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
   CA:    Single
Exemptions/Allowances:
   CA:    0

Your federal taxable wages this period are $118.18

© 2000 ADP, Inc.

---

FN LOGISTICS LLC
2801 E. 46TH ST
VERNON, CA 90058

**Advice number:**  00000430957
**Pay date:**  10/27/2023

**Deposited to the account of**
ROBERT NUNEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx2319 | xxxx xxxx | $108.08 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**